UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION** at **LEXINGTON**

| | | |
|---|---|---|
| TOMMY PERDUE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-363-JMH |
| | ) | |
| v. | ) | |
| | ) | |
| MARY MURPHY, R.N. and | ) | **MEMORANDUM OPINION** |
| SHELLI CONGERS, N.P., | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*\*\*  \*\*\*\*\*  \*\*\*\*\*  \*\*\*\*\*

Plaintiff Tommy Perdue, an inmate incarcerated at the Kentucky State Reformatory in LaGrange, Kentucky, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on November 13, 2009. [R. 2] In response to an Order of the Court [R. 6], on January 12, 2010, Perdue clarified that he is suing Mary Murphy, R.N., and Shelli Congers, N.P., as defendants, each in their individual and official capacities. [R. 7] Following service of summons [R. 13-15] and an Order for discovery [R. 20], on August 6, 2010, Defendant Mary Murphy filed a motion for summary judgment. [R. 21] Pursuant to Local Rule 7.1(c), plaintiff was required to file a response in opposition to the motion within twenty-one days.

More than twenty-one days have passed, and the plaintiff has not responded in any way to the motion. The Court deems such a failure to respond to the motion to be a waiver and/or admission of its contents. *See Scott v. Tennessee*, No. 88-6095, 1989 WL 72470, at \*2 (6th Cir. July 3, 1989) (holding that a party waives opposition to an opponent's motion when it fails to respond or otherwise oppose the motion (*citing Elmore v. Evans*, 449 F. Supp. 2, 3 (E.D. Tenn. 1976))); *see also Humphrey v. U.S. Attorney Gen. Office*, 279 F. App'x 328, 331 (6th Cir. 2008) ("Thus, where,

as here, plaintiff has not raised arguments in the district court by virtue of his failure to oppose defendant's motion to dismiss, the arguments have been waived." (*citing Resnick v. Patton*, 258 F. App'x 789, 790-91 n.1 (6th Cir. 2007))). The Court will therefore grant the motion.

Accordingly, **IT IS ORDERED** that:

Defendant Mary Murphy's Motion for Summary Judgment [R. 21] is **GRANTED**, and plaintiff's claims against her are **DISMISSED WITH PREJUDICE**.

This the 1st day of October, 2010.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge